JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| John A. Thymes, et al.,<br><br>                              Plaintiffs,<br><br>     v.<br><br>Steven P. Chang, et al.<br><br>                              Defendants. | Case No. EDCV 20-261 JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     Pursuant to the Order filed concurrent herewith, the Motion to Dismiss by Houling Chen, Ping Li, and Lingchong Chen is GRANTED. Plaintiffs John A. Thymes and Luevina Henry's complaint against Defendants is DISMISSED.

     Judgment is entered in favor of Defendants.

Dated: April 8, 2020

                                                  THE HONORABLE JESUS G. BERNAL
                                                 United States District Judge